UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____
25-cr-80193-Singhal/Maynard

18 U.S.C. § 371
18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(g)(1)

FILED BY_____TM_____D.C.

Nov 13, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

UNITED STATES OF AMERICA

v.

ALLEN FRANCIS MASSARELLA and
JUSTIN PATRICK THRASHER,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### General Allegations

At all times relevant to this Indictment:

1.      The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") was an agency of the United States Department of Justice responsible for enforcing and administering federal firearms laws and regulations.

2.      A "licensed dealer," also known as a federal firearm licensee ("FFL"), as defined by Title 18, United States Code, Section 921(a)(11), means any person who is licensed under Chapter 44, United States Code, as a dealer and includes any person engaged in the business of selling firearms at wholesale or retail; any person engaged in the business of repairing firearms or of making or fitting special barrels, stocks, or trigger mechanisms to firearms; and any person who is a pawnbroker. Pursuant to Title 18, United States Code, Section 923, an FFL must maintain a place of business subject to inspection; complete and maintain records concerning the receipt, sale, and disposition of firearms; require customers to complete an ATF Form 4473 whenever a firearm is transferred; report

multiple sales of two or more handguns to the same transferee/buyer; and conduct a background check and obtain approval of the sale through the National Instant Criminal Background Check System ("NICS").

3.      An ATF Form 4473 is designed so that an FFL may determine if he or she can lawfully sell and deliver a firearm to the person completing the form as the transferee/buyer. An ATF Form 4473 is also designed to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The ATF Form 4473 documents the serial number, type of firearm sold, the transferee/buyer, and whether the transferee/buyer is eligible to possess and buy a firearm. Eligibility to purchase a firearm is determined by the answers to a series of questions, that cover a list of disqualifying factors under federal law, including, whether the transferee/buyer is the actual buyer, a convicted felon, has a history of drug abuse or mental incapacity, and whether the transferee/buyer has legal status to be in the United States. The transferee/buyer must personally complete the ATF Form 4473 and certify by signature that the answers are true, correct, and complete.

4.      An ATF Form 4473 includes a warning that a person is not the actual transferee/buyer of a firearm if the person is acquiring the firearm on behalf of another person. If the person is not the actual transferee/buyer, the FFL cannot transfer the firearm. The form warns that a transferee/buyer who falsely verifies that he or she is the actual buyer of the firearm, commits a crime punishable as a felony under federal law, pursuant to Title 18, United States Code, Sections 922(a)(6), as the true identity of the actual buyer of the firearm is material to the lawfulness of the sale.

**COUNT 1**
**Conspiracy to Commit Offenses against the United States**
**(18 U.S.C. § 371)**

1.      The allegations set forth in paragraphs 1 through 4 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2

2.      Beginning at least as early as on or about July 16, 2023, the exact date being unknown to the grand jury, and continuing through on or about October 16, 2024, in Palm Beach and Broward Counties, in the Southern District of Florida, the defendants,

**ALLEN FRANCIS MASSARELLA and
JUSTIN PATRICK THRASHER,**

did knowingly and willfully combine, conspire, confederate, and agree with each other to commit a certain offense against the United States, that is: to knowingly make false and fictitious written statements in connection with the acquisition of firearms from licensed firearms dealers, which statements were intended and likely to deceive the licensed firearms dealers as to a fact material to the lawfulness of the sale and other disposition of such firearms, in violation of Title 18, United States Code, Section 922(a)(6).

## Object and Purpose of the Conspiracy

It was the object and purpose of the conspiracy to obtain firearms from federally licensed firearms dealers (FFL), and transfer the firearms to the possession of **JUSTIN PATRICK THRASHER**, who at all times material hereto was prohibited from receiving or possessing a firearm under the provisions of Title 18, United States Code, Section 922(g)(1), having previously been convicted of a felony offense punishable by imprisonment for a term exceeding one year under Florida law.

## Manner and Means of the Conspiracy

The manner and means by which the defendants sought to accomplish the purpose and object of the conspiracy, included, among other things, the following:

1.      **ALLEN FRANCIS MASSARELLA** received firearms from licensed firearm dealers in Florida for **JUSTIN PATRICK THRASHER**.

2.      **ALLEN FRANCIS MASSARELLA** acted unlawfully as the transferee of the

3

firearms by completing the ATF Form 4473 and therein made materially false statements to licensed firearms dealers to obtain firearms.

3.      **JUSTIN PATRICK THRASHER** selected specific firearms, and then used, and caused to be used, his debit card to purchase such firearms.

4.      **JUSTIN PATRICK THRASHER** received firearms from **ALLEN FRANCIS MASSARELLA** and compensated **ALLEN FRANCIS MASSARELLA** for receiving the firearms from licensed firearms dealers by paying **ALLEN FRANCIS MASSARELLA** money or by allowing him to keep a firearm as compensation.

### Overt Acts

In furtherance of the conspiracy, and to affect the object and purpose thereof, at least one of the co-conspirators committed at least one of the following overt acts, among others, in the Southern District of Florida and elsewhere:

1.      On or about July 16, 2023, **JUSTIN PATRICK THRASHER** purchased six (6) AR-15 lower receivers from Palmetto State Armory and had them delivered to Shoot Straight, a federally licensed firearms dealer, in Palm Beach County, in the Southern District of Florida.

2.      On or about July 30, 2023, **ALLEN FRANCIS MASSARELLA** made a materially false statement in a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, to Shoot Straight, a federally licensed firearms dealer, in Palm Beach County, in the Southern District of Florida.

3.      On or about October 22, 2023, **JUSTIN PATRICK THRASHER** purchased six (6) AR-15 lower receivers and five (5) DAGGER frames from Palmetto State Armory and had them delivered to PJAMMO LLC, a federally licensed firearms dealer, in Broward County, in the Southern District of Florida.

4

4. On or about November 13, 2023, **ALLEN FRANCIS MASSARELLA** made a materially false statement in a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, to PJAMMO LLC, a federally licensed firearms dealer, in Broward County, in the Southern District of Florida.

5. On or about October 16, 2024, **ALLEN FRANCIS MASSARELLA** made a materially false statement in a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, to Hupoluxo Pawn, a federally licensed firearms dealer, in Palm Beach County, in the Southern District of Florida.

6. On or about October 16, 2024, **JUSTIN PATRICK THRASHER**, took possession of four firearms (one (1) Sig Sauer, model P365 pistol, two (2) Beretta, model APX pistols, and one (1) Springfield Armory, model Hellcat pistol) from **ALLEN FRANCIS MASSARELLA**, in Palm Beach County, in the Southern District of Florida.

All in violation of Title 18, United States Code, Section 371.

### COUNTS 2-4
### Material False Statement to Firearms Dealer
### (18 U.S.C. § 922(a)(6))

1. The allegations set forth in paragraphs 1 through 4 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2. On or about the dates specified in each count below, in Palm Beach and Broward Counties, within the Southern District of Florida, the defendants,

**ALLEN FRANCIS MASSARELLA and
JUSTIN PATRICK THRASHER,**

in connection with the acquisition of a firearm from a licensed firearms dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale and other disposition of

such firearm, in that, **ALLEN FRANCIS MASSARELLA** represented in a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, that he was the actual transferee/buyer of a firearm, when in truth and in fact, and as the defendant, then and there well knew, **ALLEN FRANCIS MASSARELLA** was acquiring the firearm on behalf of the defendant **JUSTIN PATRICK THRASHER**, as specified in each count below:

| Count | Date | Firearms | Licensed Firearms Dealer |
|---|---|---|---|
| 2 | July 30, 2023 | Six (6) Palmetto State Armory AR-15 lower receivers | Shoot Straight, in Palm Beach County, Florida |
| 3 | November 13, 2023 | Six (6) Palmetto State Armory AR-15 lower receivers, and Five (5) Palmetto State Armory DAGGER frames | PJAMMO LLC, in Broward County, Florida |
| 4 | October 16, 2024 | One (1) Sig Sauer model P365 pistol, Two (2) Beretta model APX pistols, and Two (2) Springfield Armory model Hellcat pistols | Hypoluxo Pawn, in Palm Beach County, Florida |

In violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## COUNT 5
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about October 16, 2024, in Palm Beach County, within the Southern District of Florida, the defendant,

**JUSTIN PATRICK THRASHER,**

knowingly possessed a firearm and ammunition, in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term

6

exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

a.) Two (2) Beretta APX 9mm pistols;

b.) One (1) Sig Sauer P365 .380 caliber pistol;

c.) One (1) Springfield Hellcat 9mm pistol;

d.) One (1) Armscor 1911 .45 caliber pistol;

e.) One (1) NRC Industries 9mm pistol;

f.) Sixty (60) rounds Remington .223 caliber ammunition;

g.) Sixty (60) rounds Tulamo .223 caliber ammunition;

h.) Four (4) rounds of PMC .223 caliber ammunition;

i.) Thirty-eight (38) rounds of Tulamo .45 caliber ammunition;

j.) Two hundred nine (209) rounds of Hornady .45 caliber ammunition;

k.) Twenty-five (25) rounds of Hornady .357 caliber ammunition;

l.) Ten (10) rounds of Federal 9mm ammunition; and

m.) Thirteen (13) rounds of Remington 9mm ammunition.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which each of the defendants, **ALLEN FRANCIS MASSARELLA** and **JUSTIN PATRICK THRASHER**, have an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Sections 922(a)(6) or any other criminal law of the United States, as alleged in this Indictment, the defendants, **ALLEN FRANCIS MASSARELLA** and **JUSTIN PATRICK THRASHER**, shall forfeit to the United

7

States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_Adam C. McMichael_    for

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALLEN FRANCIS MASSARELLA and
JUSTIN PATRICK THRASHER,

_____ /
Defendants.

CASE NO.: _____

## CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
DANIEL E. FUNK
Assistant United States Attorney
FL Bar No.          0592501

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  ALLEN FRANCIS MASSARELLA

**Case No:** _____

**Count #1:**

Conspiracy

18 U.S.C. § 371
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Counts #2-4:**

Materially False Statement to Firearms Dealer

18 U.S.C. § 922(a)(6)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**   JUSTIN PATRICK THRASHER

**Case No:** _____

**Count #1:**

Conspiracy

18 U.S.C. § 371
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Counts #2-4:**

Materially False Statement to Firearms Dealer

18 U.S.C. § 922(a)(6)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**Count #5:**

Possession of Firearms and Ammunition by a Convicted Felon

18 U.S.C. § 922(g)(1)
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**